UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIHOSVANI RUIZ, and other similarly
situated individuals

        Plaintiff,

v.                                     Case No.:  2:19-cv-805-FtM-38MRM

EL MESON LATIN CUISINE, INC.
and GILBERTO DIAZ,

        Defendants.
_____/

### ORDER[1]

Before the Court is Defendants Suggestion of Bankruptcy (Doc. 37). Defendant Gilberto Diaz filed for bankruptcy on July 31, 2020. So the Court stays this case in accordance with 11 U.S.C. § 362(a). Defendants must notify the Court when the bankruptcy proceedings conclude.

Accordingly, it is now **ORDERED:**

(1) This case is **STAYED**. Defendants must notify the Court, in writing, **within seven (7) days** of the bankruptcy proceedings concluding.

(2) The Clerk is **DIRECTED** to add a stay flag to the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September, 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.