# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

GIHOSVANI RUIZ, and other
similarly situated individuals

      Plaintiff,

v.                                          Case No: 2:19-cv-805-SPC-MRM

EL MESON LATIN CUISINE,
INC. and GILBERTO DIAZ,

      Defendants.
_____/

## **ORDER**[1]

      Before the Court is a sua sponte review of the case. The Court stayed this action pending the bankruptcy of Defendant Gilberto Diaz. (Doc. 38). The Court ordered Diaz and Defendant El Meson Latin Cuisine, Inc. to file a status report on that bankruptcy by April 1. (Doc. 40). When they failed to do so, the Court extended the deadline twice. (Docs. 41; 42). In its last Order, the Court warned failure to comply will result in lifting the stay as to El Meson. (Doc. 42). Because neither Defendant complied with the Court's Orders, the stay is lifted as to El Meson.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Before the stay, Defendants' counsel withdrew. (Doc. 35). Judge McCoy ordered El Meson to retain counsel and file a notice of appearance. (Docs. 35; 36; 39). No lawyer filed an appearance yet. Thus, El Meson must retain counsel and file a notice of appearance **within fourteen days**. If El Meson again fails to comply, Plaintiff should move for clerk's default against it and default judgment in accordance with the Federal and Local Rules.

Accordingly, it is now

**ORDERED:**

(1) The stay as to Defendant El Meson Latin Cuisine, Inc. is **LIFTED** and the case is reopened as to El Meson.

(2) El Meson must **RETAIN** counsel and **FILE** a notice of appearance **on or before May 19, 2021**.

(3) The Clerk is **DIRECTED** to leave the stay flag on the docket to reflect the automatic stay in effect as to Defendant Gilberto Diaz.

**DONE** and **ORDERED** in Fort Myers, Florida on May 5, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record