UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIHOSVANI RUIZ, and other similarly situated individuals,

        Plaintiff,

v.                              Case No: 2:19-cv-805-SPC-MRM

GILBERTO DIAZ,

        Defendant.
_____/

## **ORDER**[1]

This is a Fair Labor Standards Act case. Defendant Gilberto Diaz filed for bankruptcy over a year ago, and the case against him was stayed. (Doc. 38). A corporate defendant was recently dismissed from the action without prejudice. (Doc. 49). A review of the bankruptcy case shows that the bankruptcy plan was confirmed in March 2021. Given the posture of this case and the bankruptcy proceedings, the Plaintiff must inform the Court how he intends to proceed.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Plaintiff must inform the Court by **October 21, 2021**, whether the stay can be lifted and whether he intends to proceed with this case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 15, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record