UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIHOSVANI RUIZ, and other
similarly situated individuals,

        Plaintiff,

v.                                Case No: 2:19-cv-805-SPC-MRM

GILBERTO DIAZ,

        Defendant.
_____/

## **ORDER**[1]

Before the Court is Plaintiff Gihosvani Ruiz's Notice of Intent to Proceed with Case and Motion to Lift Stay. (Doc. 51). Because the Bankruptcy Court has confirmed the bankruptcy plan and terminated the automatic stay, the Court lifts the stay here, directs the parties to file a new case management report, and refers the case to the assigned the Magistrate Judge to conduct a preliminary pretrial conference. What is more, because Defendant Gilberto Diaz is proceeding pro se, the Court encourages him to review its website for information on proceeding without a lawyer.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

Plaintiff Gihosvani Ruiz's Notice of Intent to Proceed with Case and Motion to Lift Stay (Doc. 51) is **GRANTED**.

(1) The Clerk is **DIRECTED** to lift the stay and remove the stay flag from the file.

(2) The parties must jointly file a Uniform Case Management Report using the standard form available under the "Forms" tab on the undersigned's website on or before **November 29, 2021**.

(3) This case is **REFERRED** to the Honorable Mac R. McCoy to conduct a preliminary pretrial conference for the entry of an amended case management and scheduling order, or other orders as deemed appropriate. All parties must appear at the conference and be prepared to discuss the claims, defenses, and any unique aspects of this case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 27, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   The Honorable Mac R. McCoy
          All Parties of Record